UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 09241
   CHARLES E MORRIS
   LAURIE L MORRIS                          CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9216     SSN XXX-XX-1236
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/21/07 and confirmed on 08/23/07.

2. The case was converted to Chapter 7 after confirmation, 02/17/2009.

3. The Debtor paid a total of $ 12665.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 8353.73 | .00 | 8353.73 |
| AURORA EARTHMOVER CU | SECURED VEHIC | 2500.00 | 76.73 | 2500.00 |
| FOXCROFT TOWNHOME ASSOC | SECURED | 782.00 | .00 | 782.00 |
| FOX METRO WATER REC DIST | SECURED | 107.00 | .00 | 107.00 |
| MICHELLE MORRIS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 6888.96 | .00 | .00 |
| BAKER MILLER MARKOFF KRA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY DIAGNOSTIC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| JOSE CHRISTINE ARUGUETE | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 267.42 | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
NATIONAL CAPITAL MGMT LL  UNSECURED        866.98           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED       3432.28           .00           .00
ILLINOIS TITLE LOANS      UNSECURED      NOT FILED          .00           .00
M&M ORTHOPEDICS           UNSECURED      NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED          .00           .00
METROPOLITAN ADVANCED R   UNSECURED      NOT FILED          .00           .00
NICOR GAS                 UNSECURED      NOT FILED          .00           .00
PAYDAY LOAN               UNSECURED      NOT FILED          .00           .00
PEOPLES GAS               UNSECURED      NOT FILED          .00           .00
PROVENA MERCY CENTER      UNSECURED      NOT FILED          .00           .00
TARGET NATIONAL BANK      UNSECURED        315.61           .00           .00
RUSH COPLEY MEDICAL CENT  UNSECURED      NOT FILED          .00           .00
SALT CREEK SURGERY CENTE  UNSECURED      NOT FILED          .00           .00
ASSET ACCEPTANCE CORP     UNSECURED        299.12           .00           .00
SBC AMERITECH             UNSECURED      NOT FILED          .00           .00
SPECIALIZED CARD SERVICE  UNSECURED      NOT FILED          .00           .00
TARGET                    UNSECURED      NOT FILED          .00           .00
TCF NATIONAL BANK         UNSECURED      NOT FILED          .00           .00
MORTGAGE CLEARING CORP    MORTGAGE ARRE    783.73           .00        238.30
INTERNAL REVENUE SERVICE  UNSECURED           .00           .00           .00
AURORA EARTHMOVER CU      UNSECURED       1462.47           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED       1555.59           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1034.69           .00           .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 12526.46  | 6888.96  | 9234.16   | .00   | 28649.58 |
| PRINCIPAL PAID     | 11981.03  | .00      | .00       | .00   | 11981.03 |
| INTEREST PAID      | 76.73     | .00      | .00       | .00   | 76.73    |
| TOTAL PAID         | 12057.76  | .00      | .00       | .00   | 12057.76 |

The Debtor's attorney, RUDDY MILROY & KING           , was allowed $      .00
and was paid $      .00 .

The Trustee received $    607.24 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/27/09                     /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 07 B 09241 CHARLES E MORRIS & LAURIE L MORRIS
```